ACCEPTED
01-14-00582-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/12/2015 9:11:15 AM
CHRISTOPHER PRINE
CLERK

**IN THE COURT OF APPEALS FOR THE**
**FIRST DISTRICT COURT OF APPEALS**
**HOUSTON, TEXAS**
**NO. 01-14-00582-CR**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/12/2015 9:11:15 AM
CHRISTOPHER A. PRINE
Clerk

**RODNEY ROBINS**
**APPELLANT**

**On Appeal from Cause Number 1408007**
**From the 179th District Court**
**Harris County, Texas**

**V.**

**THE STATE OF TEXAS**
**APPELLEE**

---

### APPELLANT'S MOTION TO EXTEND TIME TO FILE BRIEF

---

TO THE HONORABLE JUSTICES OF THE FIRST COURT OF APPEALS:

COMES NOW, Rodney Robins, and files this Motion to Extend Time to File Brief, and in support thereof, would respectfully show the Court the following:

I.

The current deadline for filing Appellant's Brief is January 2, 2015. There has been one previous motion for extension of time to file Appellant's Brief.

II.

Appellant requests this extension due to the fact that counsel has been engaged in work in the Harris County Public Defender's Office on many cases, including the following:

- *Curtis Fournier,* WR-82,102-01 – briefing ordered in Court of Criminal Appeals
- *Christopher Dowden,* WR-82,103-01– briefing ordered in Court of Criminal Appeals
- *Craig Beal,* 01-12-00896-CR
- *Abner Washington,* 01-14-00885-CR
- *Forest Penton,* 14-14-00406-CR
- *Frelin Orellana,* 14-14-00701-CR

- *Leonard Storemski,* 14-14-00920-CR

- *Hugo Pachas-Luna,* 01-14-00516-CR, et. seq.

- Counsel has been researching and writing for several trial cases assigned to the Public Defender's Office Trial Division.

III.

Appellant's attorney requests this extension which is necessary so that the brief can be thoroughly written and timely filed. This motion is not made for the purpose of delay.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Honorable Court grants this requested hold on the briefing schedule until after such time as the reporter's record is correctly filed – or, alternatively, grant an extension of time to file the Appellant's brief in the above cause and extend the time for filing Appellant's brief by 30 days, to February 12, 2015.

Respectfully Submitted,
**ALEXANDER BUNIN**
Chief Public Defender
Harris County, Texas

/s/ Sarah V. Wood
**SARAH V. WOOD**
Assistant Public Defender
Harris County, Texas
Texas Bar Number 24048898
1201 Franklin, 13th Floor
Houston, Texas 77002
Phone: (713) 368-0016
Fax: (713) 368-9278
Sarah.Wood@pdo.hctx.net

## CERTIFICATE OF SERVICE

By my signature below, I hereby certify that a true and correct copy of the above and foregoing has been served upon the Harris County District Attorney's Office – Alan Curry, via the electronic filing service.

/s/ Sarah V. Wood
Sarah V. Wood